In the Matter of AMERRIAH S. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; CHRIS S., Appellant, et al., Respondent. (And Two Other Proceedings.)

Submitted January 7, 2013; decided April 2, 2013

Motion for leave to appeal dismissed upon the ground that the Appellate Division order sought to be appealed from, affirming the Family Court fact-finding order, does not finally determine the proceeding within the meaning of the Constitution. The final paper in this proceeding was the Family Court dispositional order.